# CHARGES AND PENALTIES

**CASE NAME:** ALEXANDER BORYS MISCHENKO          **CASE NO.** 2:20-CR-175-RMP-1

TOTAL # OF COUNTS: 11     ☑ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 08, 2020**

SEAN F. MCAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1-3 | 42 U.S.C. § 7413(c)(1) | Violation of Clean Air Act Asbestos Work Practice Standards | CAG not more than 5 years imprisonment; and/or $250,000 fine; 3 years supervised release; a $100 special penalty assessment. |
| 4-5 | 42 U.S.C. § 7413(c)(1) | Violation of Clean Air Act Asbestos Waste Disposal Standards | CAG not more than 5 years imprisonment; and/or $250,000 fine; 3 years supervised release; a $100 special penalty assessment. |
| 6 | 42 U.S.C. § 7413(c)(2)(B) | Clean Air Act Failure to Notify | CAG not more than 2 years imprisonment; and/or $250,000 fine; 1 year supervised release; a $100 special penalty assessment. |
| 7-11 | 18 U.S.C. § 1001 | False Statements | CAG not more than 5 years imprisonment; and/or $250,000 fine; 3 years supervised release; a $100 special penalty assessment. |